AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06-360

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF __5__ COPIES OF AO FORM 85.

__5-30-06__
(Date forms issued)

(Signature of Party or their Representative)

FRANK JOYCE / PACCRS, INC.
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action