IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID N. TERHUNE<br>　　　　Plaintiff | : | Civil Action  06-360 |
| v. | : | |
| APPLIED EXTRUSION<br>　　　　TECHNOLOGIES, INC. | : | No. |
| and | : | |
| JACKSON CRAIG | : | |
| and | : | |
| TERRY SMITH | : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for admission *pro hac vice* of Alan B. Epstein, Esquire to represent plaintiff, David N. Terhune, in this matter.

　　　　　　　　　　　　　　Respectively submitted,

　　　　　　　　　　　　　　/s/ James S. Green, Sr.
　　　　　　　　　　　　　　James S. Green, Sr., Esquire
　　　　　　　　　　　　　　(Delaware Bar No. 481)
　　　　　　　　　　　　　　SEITZ, VAN OGTROP & GREEN, P.C.
　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1500
　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　(302) 888-0600
　　　　　　　　　　　　　　Counsel for Plaintiff, David Terhune

Dated:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID N. TERHUNE<br>  Plaintiff | Civil Action |
| v. | |
| APPLIED EXTRUSION<br>  TECHNOLOGIES, INC. | No. |
| and | |
| JACKSON CRAIG | |
| and | |
| TERRY SMITH | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the state of Pennsylvania, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Alan B. Epstein, Esquire
SPECTOR GADON & ROSEN
 A Professional Corporation
 1635 Market Street, Seventh Floor
 Philadelphia, PA 19103
 (215) 241-8888Dated:

Dated:

265387-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID N. TERHUNE | : | |
|   Plaintiff | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| APPLIED EXTRUSION | : | No. |
|   TECHNOLOGIES, INC. | : | |
| | : | |
| and | : | |
| | : | |
| JACKSON CRAIG | : | |
| | : | |
| and | : | |
| | : | |
| TERRY SMITH | : | |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel=s motion for admission *pro hac vice* is granted.

                 _____
                 United States District Judge

Dated:

265387-1