IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID N. TERHUNE<br>　　　　　Plaintiff<br>　v.<br>APPLIED EXTRUSION<br>　　　　TECHNOLOGIES, INC.<br>　and<br>JACKSON CRAIG<br>　and<br>TERRY SMITH | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action   06-360 |

TO:   CLERK OF COURT

*PLEASE* issue a Writ of Alias Summons to Brandywine Process Servers for service of the Complaint and Summons on the Defendant as follows:

> Jackson S. Craig
> c/o Secretary of State
> John G. Townsend Building
> 401 Federal Street, Suite 4
> Dover, DE  19901
> *Pursuant to 10 Del. C. §3104*

Respectively submitted,

/s/ James S. Green, Sr.
James S. Green, Sr., Esquire
(Delaware Bar No. 481)
SEITZ, VAN OGTROP & GREEN, P.C.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
(302) 888-0600
Counsel for Plaintiff David Terhune

Dated:  June 5, 2006

54330 v1