AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      Delaware

DAVID H. TERHUNE,

    V.

APPLIED EXTRUSION TECHNOLOGIES, INC.
AND JACKSON CRAIG
AND TERRY SMITH

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    06-360

TO: (Name and address of Defendant)

    Jackson Craig
    c/o Applied Extrusion Technologies, Inc.
    15 Read's Way
    New Castle, DE  19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    James S. Green, Esq.
    Seitz, Van Ogtrop & Green, P.A.
    222 Delaware Avenue, Suite 1500
    P. O. Box 68
    Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within __TWENTY (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            5-31-06

CLERK                                                                              DATE

_(signature)_

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6/1/06 |
| NAME OF SERVER (PPJNT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: JACKSON CRAIG (NON-EST) NOT ~~AT 15 READ'S WAY NEW CASTLE, DE~~

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/1/06
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.