## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID N. TERHUNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  06-360-KAJ |
| | ) | |
| APPLIED EXTRUSION TECHNOLOGIES, INC., JACKSON CRAIG and TERRY SMITH | ) ) ) | |

### **STIPULATION AND ORDER**

       Plaintiff David N. Terhune and defendants Applied Extrusion Technologies, Inc., ("AET") Jackson Craig, and Terry Smith (collectively, "Defendants"), by their respective counsel, hereby agree and stipulate, subject to the approval of the Court, that the time for Defendants, to answer, move, or otherwise respond to the Complaint in this matter is extended through and including July 5, 2006.

    The reasons for this extension are: (1) Defendant Craig was not served until June 14, 2006, and (2) Defendants AET and Smith have received no prior extensions of time within which to file their responses to the Complaint, which was served on them on or about June 1, 2006. This extension should not disrupt the schedule in the case, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

| SEITZ, VANOGTROP & GREEN, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ James S. Green* | By: */s/ Wendy K. Voss* |
|     James S. Green (#481) |     Wendy K. Voss (#3142) |
|     222 Delaware Avenue, Suite 1500 |     Hercules Plaza, Sixth Floor |
|     P.O. Box 68 |     1313 North Market Street |
|     Wilmington, Delaware 19899 |     P. O. Box 951 |
|     (302) 888-0600 |     Wilmington, Delaware 19899-0951 |
|     jgreen@svglaw.com |     (302) 984-6000 |
| |     wvoss@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

PA&C-736614v1