# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DAVID N. TERHUNE** | : | |
| Plaintiff | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| **APPLIED EXTRUSION TECHNOLOGIES, INC.** | : | No. 06-360-KAJ |
| | : | |
| and | : | |
| | : | |
| **JACKSON CRAIG** | : | |
| | : | |
| and | : | |
| | : | |
| **TERRY SMITH** | : | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

It is hereby stipulated by and between counsel for Plaintiff and counsel for Defendants, subject to the approval of the Court, that the deadline to file a response to Defendants' Motion to Dismiss be extended from July 19, 2006, to August 2, 2006.

| | |
|---|---|
| /s/ David E. Moore | James S. Green, Sr. |
| Wendy K. Voss, Esq. (#3142) | James S. Green, Sr. Esq. (# 481) |
| David E. Moore, Esq. (#3983) | Seitz, VanOgtrop & Green, P.A. |
| Potter Anderson & Corroon LLP | 222 Delaware Avenue, Suite 1500 |
| 1313 N. Market St. – 6th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | jgreen@svglaw.com |
| wvoss@potteranderson.com | |
| dmoore@potteranderson.com | Attorneys for Plaintiff |
| | |
| Attorneys for Defendants | |

IT IS SO ORDERED this _____ day of _____, 2006

_____
United States District Court Judge

2

**CERTIFICATE OF SERVICE**

I, JAMES S. GREEN, hereby certify that on this 19th day of July, 2006, I served the foregoing Stipulation and Order for Extension of Time upon counsel as follows:

*VIA FIRST CLASS MAIL*

Wendy K. Voss, Esq. (#3142)
David E. Moore, Esq. (#3983)
Potter Anderson & Corroon LLP
1313 N. Market St. – 6th Floor
Wilmington, DE  19801

/s/ James S. Green, Sr.
James S. Green, Sr. (DE0481)

268950-1