IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DAVID N. TERHUNE** | : | |
| Plaintiff | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| **APPLIED EXTRUSION TECHNOLOGIES, INC.** | : | No. 06-360-KAJ |
| | : | |
| and | : | |
| | : | |
| **JACKSON CRAIG** | : | |
| | : | |
| and | : | |
| | : | |
| **TERRY SMITH** | : | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

It is hereby stipulated by and between counsel for Plaintiff and counsel for Defendants, subject to the approval of the Court, that the deadline to file a response to Defendants' Motion to Dismiss be extended from August 2, 2006, to August 3, 2006.

/s/ David E. Moore
Wendy K. Voss, Esq. (#3142)
David E. Moore, Esq. (#3983)
Potter Anderson & Corroon LLP
1313 N. Market St. – 6th Floor
Wilmington, DE  19801
wvoss@potteranderson.com
dmoore@potteranderson.com

Attorneys for Defendants

James S. Green, Sr.
James S. Green, Sr. Esq. (# 481)
Seitz, VanOgtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
jgreen@svglaw.com

Attorneys for Plaintiff

IT IS SO ORDERED this _____ day of _____, 2006

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I, JAMES S. GREEN, hereby certify that on this 2nd day of August, 2006, I served the foregoing Stipulation and Order for Extension of Time upon counsel as follows:

### *VIA FIRST CLASS MAIL*

Wendy K. Voss, Esq. (#3142)
David E. Moore, Esq. (#3983)
Potter Anderson & Corroon LLP
1313 N. Market St. – 6th Floor
Wilmington, DE  19801

/s/ James S. Green, Sr.
James S. Green, Sr. (DE0481)