

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

August 11, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
U.S. District Court
844 North King Street
Wilmington, Delaware 19801

      Re:    *David N. Terhune v. Applied Extrusion Technologies, Inc. et al.*;
             C.A. No. 06-360 (KAJ)

Dear Judge Jordan:

      Pursuant to Local Rule 7.1.4, Defendants respectfully request that Your Honor hear oral argument on Defendants' Motion to Dismiss the Complaint. With the filing of Defendants' Reply Brief on August 10, 2006, the parties have concluded briefing on the Motion. Thank you for your consideration.

                                Respectfully,

                                */s/ David E. Moore*

                                David E. Moore

DEM:nmt/745771
cc:    Clerk of the Court (via electronic filing)
        James S. Green, Esquire (via electronic filing)
        Alan B. Epstein, Esquire (via electronic filing)
        Anthony D. Rizzotti, Esquire (via email)