**SEITZ, VAN OGTROP & GREEN, P.A.**
ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial: (302) 888-7603
Writer's E-Mail Address: jgreen@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

August 14, 2006

<u>VIA CM/ECF</u>

The Honorable Kent A. Jordan
U.S. District Court
844 North King Street
Wilmington, DE 19801

RE: *David N. Terhune v.*
*Applied Extrusion Technologies, Inc.,*
*Jackson Craig and Terry Smith*
*C.A. No. 06-360(KAJ)*

Dear Judge Jordan:

Plaintiff also requests oral argument, pursuant to Local Rule 7.1.4., on Defendants' Motion to Dismiss the Complaint.

Respectfully,

/s/ James S. Green, Sr.

James S. Green, Sr. (DE0481)

JSG/sp

cc: Clerk of the Court (via CM/ECF)
David E. Moore, Esq. (via CM/ECF)
Alan Epstein, Esq. (via CM/ECF)