IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID N. TERHUNE | : | |
|     Plaintiff | : | Civil Action |
| v. | : | |
| APPLIED EXTRUSION | : | No. 06-360-KAJ |
|     TECHNOLOGIES, INC. | : | |
| and | : | |
| JACKSON CRAIG | : | |
| and | : | |
| TERRY SMITH | : | |

**STATEMENT PURSUANT TO LOCAL RULE 7.1.1 REGARDING
MOTION OF PLAINTIFF DAVID TERHUNE FOR
<u>THE PAYMENT OF LEGAL FEES AND COSTS OF LITIGATION</u>**

On August 17, 2006, Plaintiff's counsel asked defense counsel if Defendants would agree to pay Plaintiff's fees and costs of this litigation as set forth in the Motion of Plaintiff Dave Terhune for the Payment of Legal Fees and Costs of Litigation (Docket No. 23). Defense counsel advised that Defendants would not agree and would oppose the Motion.

55499 v1

Respectfully Submitted,


/s/ James S. Green, Sr.
James S. Green, Sr., Esq. (DE Bar No. 481)
Seitz, VanOgtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899

And

Alan B. Epstein, Esquire
[Admitted *Pro Hace Vice*]
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, Seventh Floor
Philadelphia, PA 19103

Attorneys for Plaintiff
David N. Terhune

Dated:  August 17, 2006

55499 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August, 2006, a true and correct copy of Plaintiff's Motion for Payment of Legal Fees and Litigation Expenses and the accompanying Memorandum of Law was served via electronic service and first-class mail, postage prepaid on the following:

>Wendy K. Voss, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon, L.L.P.
>1313 North Market Street
>P.O. Box 951
>Wilmington, Delaware 19899-0951
>
>Counsel for Defendants

>/s/ James S. Green, Sr.,
>James S. Green, Sr., Esq. (DE 0481)

55499 v1