IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID N. TERHUNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-360-KAJ |
| | ) | |
| APPLIED EXTRUSION TECHNOLOGIES, INC., JACKSON CRAIG and TERRY SMITH, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Applied Extrusion Technologies, Inc., Jackson Craig and Terry Smith (collectively, "Defendants"), hereby certifies that true and correct copies of the following document(s) were caused to be served on September 1, 2006, on the attorneys of record at the following addresses as indicated:

> DEFENDANTS APPLIED EXTRUSION TECHNOLOGIES, INC., JACKSON CRAIG AND TERRY SMITH'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1)

### VIA ELECTRONIC MAIL & HAND DELIVERY

James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899

### VIA ELECTRONIC MAIL

Alan B. Epstein
Spector Gadon & Rosen, P.C.
1635 Market Street, Seventh Floor
Philadelphia, PA  19103
aepstein@lawsgr.com

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL:<br><br>Anthony D. Rizzotti<br>Christopher J. Powell<br>ROPES & GRAY LLP<br>One International Place<br>Boston, Massachusetts 02110-2624<br>(617) 951-7000<br><br>Dated: September 1, 2006<br>748479 / 22036-002 | By: /s/ David E. Moore<br>    Wendy K. Voss (#3142)<br>    David E. Moore (#3983)<br>    Hercules Plaza, Sixth Floor<br>    1313 North Market Street<br>    P. O. Box 951<br>    Wilmington, Delaware 19899-0951<br>    (302) 984-6000<br>    wvoss@potteranderson.com<br>    dmoore@potteranderson.com<br><br>Attorneys for Defendants<br>Applied Extrusion Technologies, Inc.,<br>Jackson Craig and Terry Smith |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 1, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899

I hereby certify that on September 1, 2006, I have Electronically Mailed the documents to the following:

Alan B. Epstein
Spector Gadon & Rosen, P.C.
1635 Market Street, Seventh Floor
Philadelphia, PA 19103
aepstein@lawsgr.com

/s/ David E. Moore
Wendy K. Voss (#2874)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
wvoss@potteranderson.com
dmoore@potteranderson.com

739635