IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DAVID N. TERHUNE** | : | |
| **Plaintiff** | : | Civil Action |
| v. | : | |
| **APPLIED EXTRUSION TECHNOLOGIES, INC.** | : | No. 06-360-KAJ |
| and | : | |
| **JACKSON CRAIG** | : | |
| and | : | |
| **TERRY SMITH** | : | |

## NOTICE OF SERVICE

I hereby certify that on this 1ST day of September, 2006, a true and correct copy of the INITIAL DISCLOSURES OF PLAINTIFF DAVID N. TERHUNE IN ACCORDANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) and this Notice of Service were served via hand delivery to the following:

        Wendy K. Voss, Esquire
        David E. Moore, Esquire
        Potter Anderson & Corroon, L.L.P.
        1313 North Market Street
        P.O. Box 951
        Wilmington, Delaware 19899-0951

55499 v1

                                            Respectfully Submitted,


                                            <u>/s/ James S. Green, Sr.</u>
James S. Green, Sr., Esq. (DE Bar No. 481)
Seitz, VanOgtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899

                                                      And

Alan B. Epstein, Esquire
[Admitted *Pro Hace Vice*]
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, Seventh Floor
Philadelphia, PA 19103

Attorneys for Plaintiff
David N. Terhune

Dated: September 1, 2006

55499 v1