IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID N. TERHUNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-360-KAJ |
| ) | |
| APPLIED EXTRUSION ) | |
| TECHNOLOGIES, INC., JACKSON ) | |
| CRAIG and TERRY SMITH, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants Applied Extrusion Technologies, Inc., Jackson Craig and Terry Smith (collectively, "Defendants"), hereby certifies that true and correct copies of the following document(s) were caused to be served on September 20, 2006, on the attorneys of record at the following addresses as indicated:

> DEFENDANTS APPLIED EXTRUSION TECHNOLOGIES, INC., JACKSON CRAIG AND TERRY SMITH'S FIRST SET OF INTERROGATORIES PROPOUNDED TO PLAINTIFF DAVID N. TERHUNE
>
> DEFENDANTS APPLIED EXTRUSION TECHNOLOGIES, INC., JACKSON CRAIG AND TERRY SMITH'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF DAVID N. TERHUNE

**VIA HAND DELIVERY**

James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899

**VIA ELECTRONIC MAIL**

Alan B. Epstein
Spector Gadon & Rosen, P.C.
1635 Market Street, Seventh Floor
Philadelphia, PA 19103
aepstein@lawsgr.com

                    POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Anthony D. Rizzotti
Christopher J. Powell
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: September 20, 2006
751577 / 22036-002

By: /s/ David E. Moore
    Wendy K. Voss (#3142)
    David E. Moore (#3983)
    Hercules Plaza, Sixth Floor
    1313 North Market Street
    P. O. Box 951
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    wvoss@potteranderson.com
    dmoore@potteranderson.com

Attorneys for Defendants
Applied Extrusion Technologies, Inc.,
Jackson Craig and Terry Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 20, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899

I hereby certify that on September 20, 2006, I have Electronically Mailed the documents to the following:

Alan B. Epstein
Spector Gadon & Rosen, P.C.
1635 Market Street, Seventh Floor
Philadelphia, PA 19103
aepstein@lawsgr.com

/s/ David E. Moore
Wendy K. Voss (#2874)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
wvoss@potteranderson.com
dmoore@potteranderson.com

739635