IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID N. TERHUNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-360-KAJ |
| | ) | |
| APPLIED EXTRUSION TECHNOLOGIES, | ) | |
| INC., JACKSON CRAIG and TERRY SMITH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### RE-NOTICE OF DEPOSITION OF DAVID N. TERHUNE

PLEASE TAKE NOTICE that Defendants Applied Extrusion Technologies, Inc., Jackson Craig and Terry Smith (collectively, "Defendants") will take the deposition upon oral examination of David N. Terhune pursuant to Federal Rule of Civil Procedure 30, before an authorized court reporter, commencing at 9:00 A.M. on December 6, 2006 at the offices of Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, Wilmington, Delaware 19801, or at such other time and place as agreed to by the parties. The deposition will continue from day to day until completed, shall be transcribed, and may be videotaped. You are invited to attend and cross-examine the witness.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Anthony D. Rizzotti
Christopher J. Powell
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: October 16, 2006
756146 / 22036-002

By: /s/ David E. Moore
    Wendy K. Voss (#3142)
    David E. Moore (#3983)
    Hercules Plaza, Sixth Floor
    1313 North Market Street
    P. O. Box 951
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    wvoss@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants*
*Applied Extrusion Technologies, Inc.,*
*Jackson Craig and Terry Smith*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 16, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899

I hereby certify that on October 16, 2006, I have Electronically Mailed the documents to the following:

Alan B. Epstein
Spector Gadon & Rosen, P.C.
1635 Market Street, Seventh Floor
Philadelphia, PA 19103
aepstein@lawsgr.com

/s/ David E. Moore
Wendy K. Voss (#2874)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
wvoss@potteranderson.com
dmoore@potteranderson.com

739635