IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID N. TERHUNE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-360-*** |
| APPLIED EXTRUSION TECHNOLOGIES, INC., JACKSON CRAIG, and TERRY SMITH, | : |
| Defendants. | : |

## ORDER

At Wilmington this **23rd** day of **January, 2007**,

IT IS ORDERED that a status teleconference has been scheduled with Judge Thynge for **Tuesday, January 30, 2007 at 11:30 a.m. Eastern Time** to discuss the status of the case and the mediation scheduled for 5/23/2007. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE