## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID N. TERHUNE, | : |
|         Plaintiff, | : |
| v. | : Civil Action No. 06-360-*** |
| APPLIED EXTRUSION TECHNOLOGIES, INC., JACKSON CRAIG, and TERRY SMITH, | : |
|         Defendants. | : |

## ORDER

At Wilmington this **31st** day of **January, 2007**,

A teleconference with counsel was held on January 30, 2007. As a result,

IT IS ORDERED that the transcript of the teleconference shall serve as the Order of the Court.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                         /s/ Mary Pat Thynge
                                         UNITED STATES MAGISTRATE JUDGE