IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID N. TERHUNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 06-360-*** |
| | ) | |
| APPLIED EXTRUSION TECHNOLOGIES, | ) | |
| INC., JACKSON CRAIG and TERRY | ) | |
| SMITH | ) | |

**STIPULATION AND CONSENT TO MAGISTRATE JUDGE'S JURISDICTION**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, David N. Terhune, and defendants, Applied Extrusion Technologies, Inc., Jackson Craig and Terry Smith, pursuant to 28 U.S.C. §636(c), Fed. R. Civ. P. 73 and Local Rule 73.1, subject to the approval of the Court, that the parties consent to the jurisdiction of Magistrate Judge Mary Pat Thynge to conduct, hear, or determine any and all proceedings in the above-captioned litigation, including but not limited to any pretrial or post-trial motions, case dispositive motions, trial and entry of final judgment.

SEITZ, VANOGTROP & GREEN, P.A.           POTTER ANDERSON & CORROON LLP

By:  /s/ James S. Green                              By:  /s/ David E. Moore
      James S. Green (#481)                                Wendy K. Voss (#3142)
      222 Delaware Avenue, Suite 1500                      David E. Moore (#3983)
      P.O. Box 68                                          Hercules Plaza, Sixth Floor
      Wilmington, Delaware 19899                           1313 North Market Street
      (302) 888-0600                                       P. O. Box 951
      jgreen@svglaw.com                                    Wilmington, Delaware 19899-0951
                                                           (302) 984-6000
                                                           wvoss@potteranderson.com
*Attorneys for Plaintiff*                                  dmoore@potteranderson.com

                                                           *Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

775903