

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

February 5, 2007

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re: **David Terhune v. Applied Extrusion Technologies, Inc., et al.
        C. A. No. 06-360-\*\*\***

Dear Judge Thynge:

    Today, the parties in the above-referenced action filed a stipulation consenting to Your Honor's jurisdiction to conduct, hear, or determine any and all proceedings. (D.I. 46). By way of further notification, the parties do not consent to Your Honor serving as the mediator for this matter.

                                          Respectfully submitted,

                                          /s/ *David E. Moore*

                                          David E. Moore

DEM:nmt/776138/20120-374
    cc:    Clerk of the Court (via hand delivery)
              Counsel of Record (via electronic mail)