# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID N. TERHUNE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-360-MPT |
| APPLIED EXTRUSION TECHNOLOGIES, INC., JACKSON CRAIG, and TERRY SMITH, | : |
| Defendants. | : |

## ORDER

At Wilmington this **9th** day of **February, 2007**,

IT IS ORDERED that a Rule 16 scheduling conference has been scheduled for **Monday, March 5, 2007 at 2:30 p.m.** with Judge Thynge. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE