IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID N. TERHUNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 06-360-MPT |
| ) | |
| APPLIED EXTRUSION TECHNOLOGIES, ) | |
| INC., JACKSON CRAIG and TERRY ) | |
| SMITH ) | |

**STIPULATION REGARDING RESPONSE TO AMENDED COMPLAINT AND WITHDRAWAL OF PREVIOUSLY FILED MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, David N. Terhune, and defendants, Applied Extrusion Technologies, Inc., Jackson Craig and Terry Smith, subject to the approval of the Court and pursuant to the Order of Magistrate Judge Mary Pat Thynge during the telephone status conference of January 30, 2007, that defendants may, and hereby do, withdraw their previously-filed Motion to Dismiss (D.I. 11) and associated briefing and shall have until March 23, 2007 to respond to plaintiff's Amended Complaint (D.I. 49).

SEITZ, VANOGTROP & GREEN, P.A.          POTTER ANDERSON & CORROON LLP

By: /s/ James S. Green                          By: /s/ David E. Moore
James S. Green (#481)                              Wendy K. Voss (#3142)
222 Delaware Avenue, Suite 1500                    David E. Moore (#3983)
P.O. Box 68                                        Hercules Plaza, Sixth Floor
Wilmington, Delaware 19899                         1313 North Market Street
(302) 888-0600                                     P. O. Box 951
jgreen@svglaw.com                                  Wilmington, Delaware 19899-0951
                                                   (302) 984-6000
                                                   wvoss@potteranderson.com
*Attorneys for Plaintiff*                          dmoore@potteranderson.com

                                                   *Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

778560/22036-002