IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID N. TERHUNE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-360-MPT |
| APPLIED EXTRUSION TECHNOLOGIES, INC., JACKSON CRAIG, and TERRY SMITH, | : |
| Defendants. | : |

### ORDER

At Wilmington, this **6th** day of **March, 2007.**

A status teleconference was held in this matter on March 5, 2007 with counsel participating. As a result of that teleconference,

IT IS ORDERED that a status teleconference is scheduled for **March 23, 2007** at **8:00 a.m.** to be initiated by **defense counsel**.

IT IS FURTHER ORDERED that the transcript of the teleconference of March 5, 2007 will serve as an order of the Court in this matter.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE