IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID N. TERHUNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-360-MPT |
| | ) | |
| APPLIED EXTRUSION TECHNOLOGIES, INC., JACKSON CRAIG and TERRY SMITH, | ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Defendants Applied Extrusion Technologies, Jackson Craig and Terry Smith (collectively, the "Defendants") hereby move, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to dismiss Count I of the Amended Complaint for failure to state a claim, to dismiss Counts II, III and IV of the Amended Complaint for failure to state a claim or in the alternative for lack of subject matter jurisdiction, and to dismiss Counts V and VI for lack of subject matter jurisdiction. The grounds for this motion are more fully set forth in the opening brief in support of this motion, filed contemporaneously herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Wendy K. Voss (#3142)
David E. Moore (#3983)
Hercules Plaza, Sixth Floor
1313 North Market Street
P. O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
wvoss@potteranderson.com
dmoore@potteranderson.com

OF COUNSEL:

Anthony D. Rizzotti
Christopher J. Powell
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: March 23, 2007
785238 / 22036-002

*Attorneys for Defendants*
*Applied Extrusion Technologies, Inc.,*
*Jackson Craig and Terry Smith*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 23, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899

I hereby certify that on March 23, 2007, I have Electronically Mailed the documents to the following:

Alan B. Epstein
Spector Gadon & Rosen, P.C.
1635 Market Street, Seventh Floor
Philadelphia, PA 19103
aepstein@lawsgr.com

/s/ David E. Moore
Wendy K. Voss (#2874)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
wvoss@potteranderson.com
dmoore@potteranderson.com

739635

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID N. TERHUNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-360-MPT |
| | ) | |
| APPLIED EXTRUSION TECHNOLOGIES, INC., JACKSON CRAIG and TERRY SMITH, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## ORDER

Having considered Defendants' Motion to Dismiss, IT IS HEREBY ORDERED, this _____ day of _____, 2007, that the Motion is GRANTED.

_____
J.