**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DAVID N. TERHUNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 06-360-MPT |
| | ) |
| APPLIED EXTRUSION TECHNOLOGIES, | ) |
| INC., JACKSON CRAIG and TERRY | ) |
| SMITH | ) |

**STIPULATION FOR EXTENSION OF TIME**

It is hereby stipulated by and between counsel for Plaintiff and counsel for Defendants, subject to the Court's approval, that the deadline for Plaintiff to file a response to Defendants' Motion to Dismiss be extended from April 10, 2007 until April 16, 2007.

SEITZ, VANOGTROP & GREEN, P.A.          POTTER ANDERSON & CORROON LLP

By: _/s/ James S. Green_                By: _/s/ David E. Moore_
    James S. Green (#481)                    Wendy K. Voss (#3142)
    222 Delaware Avenue, Suite 1500           David E. Moore (#3983)
    P.O. Box 68                               Hercules Plaza, Sixth Floor
    Wilmington, Delaware 19899                1313 North Market Street
    (302) 888-0600                            P. O. Box 951
    jgreen@svglaw.com                         Wilmington, Delaware 19899-0951
                                              (302) 984-6000
                                              wvoss@potteranderson.com
*Attorneys for Plaintiff*                   dmoore@potteranderson.com

                                           *Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2007.

_____
JUDGE