**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DAVID N. TERHUNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.:  06-360-MPT |
| | ) |
| APPLIED EXTRUSION TECHNOLOGIES, | ) |
| INC., JACKSON CRAIG and TERRY | ) |
| SMITH | ) |

## STIPULATION FOR EXTENSION OF TIME

It is hereby stipulated by and between counsel for Plaintiff and counsel for Defendants, subject to the Court's approval, that the deadline for Plaintiff to file a response to Defendants' Motion to Dismiss is extended until April 18, 2007.

SEITZ, VANOGTROP & GREEN, P.A.          POTTER ANDERSON & CORROON LLP

By:  */s/ James S. Green*                By:  */s/ David E. Moore*
    James S. Green (#481)                     Wendy K. Voss (#3142)
    222 Delaware Avenue, Suite 1500           David E. Moore (#3983)
    P.O. Box 68                               Hercules Plaza, Sixth Floor
    Wilmington, Delaware 19899                1313 North Market Street
    (302) 888-0600                            P. O. Box 951
    jgreen@svglaw.com                         Wilmington, Delaware 19899-0951
                                              (302) 984-6000
                                              wvoss@potteranderson.com
                                              dmoore@potteranderson.com

*Attorneys for Plaintiff*

*Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2007.

_____
Judge

789609/22036-002