IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID N. TERHUNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-360-MPT |
| ) | |
| APPLIED EXTRUSION TECHNOLOGIES, ) | |
| INC., JACKSON CRAIG and TERRY ) | |
| SMITH ) | |

**STIPULATION FOR EXTENSION OF TIME**

WHEREAS, the parties in the above-referenced litigation are engaged in good-faith settlement discussions;

NOW, THEREFORE, It is hereby stipulated by and between counsel for Plaintiff and counsel for Defendants, subject to the Court's approval, that the deadline for Defendants to file a reply on their Motion to Dismiss is extended until May 14, 2007.

| SEITZ, VANOGTROP & GREEN, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ James S. Green | By: /s/ David E. Moore |
| James S. Green (#481) | Wendy K. Voss (#3142) |
| 222 Delaware Avenue, Suite 1500 | David E. Moore (#3983) |
| P.O. Box 68 | Hercules Plaza, Sixth Floor |
| Wilmington, Delaware 19899 | 1313 North Market Street |
| (302) 888-0600 | P. O. Box 951 |
| jgreen@svglaw.com | Wilmington, Delaware 19899-0951 |
| | (302) 984-6000 |
| | wvoss@potteranderson.com |
| | dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2007.

_____
Judge

789609/22036-002