IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID N. TERHUNE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-360-MPT |
| APPLIED EXTRUSION TECHNOLOGIES, INC., JACKSON CRAIG, and TERRY SMITH, | : |
| Defendants. | : |

## ORDER

At Wilmington, this **2nd** day of **May, 2007.**

IT IS ORDERED that the mediation conference scheduled for **May 23, 2007** at **10:00 a.m.** is canceled.

IT IS FURTHER ORDERED that the status conference scheduled for December 19, 2007 at 9:00 a.m., the Pretrial Oder due date of February 28, 2008, the Pretrial Conference of March 12, 2008, and the three day jury trial beginning on April 1, 2008 are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE