IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID N. TERHUNE,<br><br>  Plaintiff,<br><br>  v.<br><br>APPLIED EXTRUSION TECHNOLOGIES, INC., JACKSON CRAIG and TERRY SMITH,<br><br>  Defendants. | Civil Action No. 06-360-MPT |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-entitled action, through their counsel, hereby stipulate that this matter be dismissed with prejudice and without costs or attorneys' fees.

SEITZ, VANOGTROP & GREEN, P.A.        POTTER ANDERSON & CORROON LLP

By:  /s/ James S. Green                By:  /s/ David E. Moore
    James S. Green (#481)                   Wendy K. Voss (#3142)
    222 Delaware Avenue, Suite 1500         David E. Moore (#3983)
    P.O. Box 68                             Hercules Plaza, Sixth Floor
    Wilmington, Delaware 19899              1313 North Market Street
    (302) 888-0600                          P. O. Box 951
    jgreen@svglaw.com                       Wilmington, Delaware 19899-0951
                                            (302) 984-6000
                                            wvoss@potteranderson.com
                                            dmoore@potteranderson.com

*Attorneys for Plaintiff*

                                       *Attorneys for Defendants*

Dated:  May 2, 2007
793008