FILED
MAY - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID N. TERHUNE,<br><br>  Plaintiff,<br><br>v.<br><br>APPLIED EXTRUSION TECHNOLOGIES, INC., JACKSON CRAIG and TERRY SMITH,<br><br>  Defendants. | Civil Action No. 06-360-MPT |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-entitled action, through their counsel, hereby stipulate that this matter be dismissed with prejudice and without costs or attorneys' fees.

SEITZ, VANOGTROP & GREEN, P.A.        POTTER ANDERSON & CORROON LLP

By: /s/ James S. Green
    James S. Green (#481)
    222 Delaware Avenue, Suite 1500
    P.O. Box 68
    Wilmington, Delaware 19899
    (302) 888-0600
    jgreen@svglaw.com

*Attorneys for Plaintiff*

By: /s/ David E. Moore
    Wendy K. Voss (#3142)
    David E. Moore (#3983)
    Hercules Plaza, Sixth Floor
    1313 North Market Street
    P. O. Box 951
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    wvoss@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants*

Dated: May 2, 2007
793008

SO ORDERED, this 2 day of May, 20 07

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE